IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| BRIAN WALKER, JASON WALKER, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC § 216(b),<br><br>*Plaintiffs*,<br><br>v.<br><br>BYRD OILFIELD SERVICES, LLC, MIKE BYRD MANAGEMENT, LLC, BPU AVIATION, LLC, KAY HIGHT, MIKE BYRD, AND CARY EPLEY,<br><br>*Defendants*. | Civil Action No. 7:16-cv-311-RAJ |

### NOTICE OF VOLUNTARY DISMISSAL OF TIMOTHY ACUFF

Plaintiffs file this voluntary dismissal, without prejudice, of Plaintiff Timothy Acuff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Plaintiffs do not require or request a court order because Rule 41(a)(1)(A)(1) requires no such request or order.  Plaintiffs do **not** seek dismissal of any other Parties in this case.

        Respectfully submitted,

        */s/ Jack Siegel*
        JACK SIEGEL
        *Co-Attorney in Charge*
        Texas Bar No. 24070621
        Siegel Law Group PLLC
        10440 N. Central Expy., Suite 1040
        Dallas, Texas 75231
        (214) 790-4454 phone
        (469) 339-0204 fax
        www.4overtimelawyer.com

        J. DEREK BRAZIEL
        *Co-Attorney in Charge*
        Texas Bar No. 00793380

JAY FORESTER
Texas Bar No. 24087532
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a copy of this filing on September 6, 2016 through the court's electronic filing system and will provide notice of it to opposing counsel when they file an appearance in this case.

*/s/ Jack Siegel*
**JACK SIEGEL**