IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| BRIAN WALKER, JASON WALKER, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC § 216(b),<br><br>*Plaintiffs*,<br><br>v.<br><br>BYRD OILFIELD SERVICES, LLC, MIKE BYRD MANAGEMENT, LLC, BPU AVIATION, LLC, KAY HIGHT, MIKE BYRD, AND CARY EPLEY,<br><br>*Defendants*. | Civil Action No. 7:16-cv-311-RAJ |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF CONSENT

Plaintiffs hereby file this Notice of Withdrawal of Consent and respectfully show as follows:

On August 19, 2016, Timothy Acuff filed an original complaint in this action that included Exhibit A - Timothy Acuff Consent to Become a Party Plaintiff (ECF No. 1). On September 6, 2016, Brian Walker and Jason Walker filed an Amended Complaint in this same action (ECF No. 21) and a Notice of Voluntary Dismissal as to Timothy Acuff (ECF No. 22). Plaintiffs hereby withdraw Timothy Acuff's Consent to Become Party Plaintiff in connection with the above-titled and numbered action.

Respectfully submitted,

/s/ *J. Derek Braziel*
**J. DEREK BRAZIEL**
*Attorney in Charge*
State Bar No. 00793380
**J. FORESTER**
State Bar No. 24087532
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

>**JACK SIEGEL**
>*Co-Attorney in Charge*
>Texas Bar No. 24070621
>Siegel Law Group PLLC
>
>10440 N. Central Expy., Suite 1040
>Dallas, Texas 75231
>(214) 706-0834 phone
>(469) 339-0204 fax
>www.4overtimelawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a copy of this filing on September 6, 2016 through the court's electronic filing system and will provide notice of it to opposing counsel when they file an appearance in this case.

>/s/ *J. Derek Braziel*
>**J. DEREK BRAZIEL**