IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| BRIAN WALKER, JASON WALKER, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC § 216(b),<br><br>  *Plaintiffs*,<br><br>v.<br><br>BYRD OILFIELD SERVICES, LLC, MIKE BYRD MANAGEMENT, LLC, BPU AVIATION, LLC, KAY HIGHT, MIKE BYRD, CARY EPLEY, MIKE BYRD CASING CREWS, INC., AND MIKE BYRD CASING CREWS, LTD.,<br><br>  *Defendants*. | Civil Action No. 7:16-cv-00311-RAJ-DC |

## MOTION TO WITHDRAW JESSE H. FORESTER AS ATTORNEY FOR PLAINTIFFS

J. Derek Braziel, counsel for Plaintiffs, hereby moves the Court to withdraw the appearance of Jesse H. Forester as attorney of record for Plaintiffs. Attorney Forester's employment with the firm of Lee & Braziel, LLP, ended on August 24, 2017. J. Derek Braziel and the law firm of Lee & Braziel, LLP, along with co-counsel, Jack Siegel of Siegel Law Group, PLLC, remain as counsel of record for Plaintiffs.

Respectfully submitted,

*/s/ J. Derek Braziel*
**J. DEREK BRAZIEL**
*Co-Attorney in Charge*
Texas Bar No. 00793380
jdbraziel@l-b-law.com
**TRAVIS GASPER**
Texas Bar No. 24096881
gasper@l-b-law.com
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com


**JACK SIEGEL**
*Co-Attorney in Charge*
Texas Bar No. 24070621
jack@siegellawgroup.biz
Siegel Law Group, PLLC
2820 McKinnon, Suite 5009
Dallas, Texas 75201
(214) 706-0834 phone
(469) 339-0204 fax
www.siegellawgroup.biz

**ATTORNEYS FOR PLAINTIFFS**


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system as of the date file-stamped thereon.

*/s/ J. Derek Braziel*
**J. DEREK BRAZIEL**